The Honorable Robert S. Lasnik

13-CV-00049-BOND

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JESSICA BEELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PINNACLE CREDIT SERVICES, LLC, a Minnesota limited liability company,<br><br>Defendant. | Case No. 2:13-cv-00049-RSL<br><br>**PARTIES' STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41**<br><br>NOTE ON MOTION CALENDAR: June 24, 2013 |

## STIPULATION

Plaintiff Jessica Beell and Defendant Pinnacle Credit Services, LLC (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal of Plaintiff's individual claims against Defendant in this action. In support of the instant stipulation, the Parties state as follows:

**WHEREAS,** Plaintiff filed this action on January 8, 2013;

**WHEREAS,** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties may stipulate to the dismissal of this action without a Court order;

**WHEREAS,** the Parties have conferred and agreed to stipulate to the dismissal of Plaintiff's individual claims against Defendant in this action; and

1    **WHEREAS,** the Parties have further agreed that they shall each bear their own attorneys'

2    fees and expenses incurred in any way related to the litigation of this action.

3    **NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED:**

4        1)    Plaintiff Beell's individual claims against Defendant in this action shall be

5    dismissed; and

6        2)    Each party shall bear their own attorneys' fees and expenses incurred in any

7    way related to the litigation of this action.

8        **IT SO STIPULATED.**

9                                                    **JESSICA BEELL**

10   Dated: June 24, 2013                             By:
                                                         One of Plaintiff's Attorneys
11

12                                                    Rafey S. Balabanian (*Pro Hac Vice*)
                                                     rbalabanian@edelson.com
13                                                    Benjamin H. Richman (*Pro Hac Vice*)
                                                     brichman@edelson.com
                                                     Christopher L. Dore (*Pro Hac Vice*)
14                                                    cdore@edelson.com
                                                     EDELSON LLC
15                                                    350 North LaSalle Street, Suite 1300
                                                     Chicago, Illinois 60654
16                                                    Telephone: (312) 589-6370
                                                     Facsimile: (312) 589-6378
17

18                                                   **PINNACLE CREDIT SERVICES, LLC,**

19   Dated:  June 24, 2013                            By:
                                                         One of Defendant's Attorneys
20                                                    Jeffrey I. Hasson (WSBA#23741)
21                                                    hasson@dhlaw.biz
                                                     DAVENPORT & HASSON, LLP
22                                                    12707 NE Halsey St.
                                                     Portland, OR 97230
23                                                    Telephone:  (503) 255-5352
                                                     Facsimile:  (503) 255-6124

24

25

26

27

28

STIPULATION OF DISMISSAL                    2              CASE NO. 2:13-CV-00049-RSL
PURSUANT TO FED. R. CIV. P. 41

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

NOW, THEREFORE, it is hereby

ORDERED that Plaintiff Beell's individual claims against Defendant in this action are dismissed; and

Each party shall bear their own attorneys' fees and expenses incurred in any way related to the litigation of this action.

Dated: _June 26, 2013_

_MWSLasnik_

Honorable Robert S. Lasnik
United States District Court Judge

Presented by:

_One of Plaintiff's Attorneys_

Rafey S. Balabanian (*Pro Hac Vice*)
rbalabanian@edelson.com
Benjamin H. Richman (*Pro Hac Vice*)
brichman@edelson.com
Christopher L. Dore (*Pro Hac Vice*)
cdore@edelson.com
EDELSON LLC
350 North LaSalle Street, Suite 1300
Chicago, Illinois 60654
Telephone: (312) 589-6370
Facsimile: (312) 589-6378

STIPULATION OF DISMISSAL                    3                    CASE NO. 2:13-CV-00049-RSL
PURSUANT TO FED. R. CIV. P. 41